AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

FID 12035628

for the

District of Columbia

RECEIVED
By USMS District of Columbia District Court at 7:39 pm, Oct 26, 2026

United States of America
v.
AMAN MAHARI WELDEMARIAM
*Defendant*

Case: 1:26-cr-00251
Assigned To: Judge Contreras, Rudolph
Assign Date: 10/23/2026
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* AMAN MAHARI WELDEMARIAM ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii)
(Unlawful Distribution and Possession with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine)

Date: 10/23/2026

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

Zia M. Faruqui, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11-03-26 , and the person was arrested on *(date)* 11-03-26
at *(city and state)* Washington DC .

Date: 11-03-26

*Arresting officer's signature*

Michael Bem SA
*Printed name and title*